IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISON

| | |
|---|---|
| GOLDEN GATE COMMUNICATIONS, LLC, §§§§§§§§§§ | |
| Plaintiff, | |
| | CIVIL ACTION NO. 3:22-cv-02767-X |
| v. | |
| ALLIOS, INC., | |
| Defendant. | |

**DEFENDANT ALLIOS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Federal Rule of Civil Procedure 7.1, and L.R. 3.1(c), and L.R.81.1(a)(4)(D), Defendant Allios, Inc. provides its Certificate of Interested Persons, and would respectfully show the Court as follows:

A. For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:

Allios, Inc. is owned by NWON, LLC. It does not have any publicly held corporation that owns 10% or more of its stock.

B. A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that to its knowledge, or upon information and belief, are financially interested in the outcome of this litigation:

1) Plaintiff: Golden Gate Communications, LLC

    Plaintiff's Counsel: J. Nicholas Bunch
State Bar No. 24050352
nick.bunch@haynesboone.com
Neil Issar
State Bar No. 24102704
neil.issar@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
(214) 651-5000

2) Defendant: Allios, Inc.

    Defendant's Counsel: Frank J. Catalano
State Bar No. 24052991
fcatalano@clarkhill.com
CLARK HILL, PLC
2600 Dallas Parkway, Suite 600
Frisco, TX 75034
(469) 287-3900

Respectfully submitted,

**CLARK HILL PLC**

*By: /s/ Frank J. Catalano*
**FRANK J. CATALANO**
State Bar No. 24052991
fcatalano@clarkhill.com
2600 Dallas Parkway, Suite 600
Frisco, Texas 75034
(469) 287-3900
(469) 287-3999 Fax

**ATTORNEYS FOR DEFENDANT ALLIOS, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 13th day of January, 2023, a true and correct copy of the foregoing document was electronically filed in accordance with the Court's CM/ECF system. The CM/ECF system sent a "Notice of Electronic Filing" and served a copy of the foregoing document to the following counsel of record:

      */s/ Frank J. Catalano*
      **FRANK J. CATALANO**